LETITIA JAMES
Attorney General for the State of New York
Rabia Muqaddam
Chief Counsel for Federal Initiatives
Jessica Ranucci
Special Counsel
28 Liberty St.
New York, NY 10005
(929) 638-0447
Email:  rabia.muqaddam@ag.ny.gov
           jessica.ranucci@ag.ny.gov

*Attorneys for the State of New York*

[Additional counsel to appear on signature page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF ENERGY, et al., <br><br> *Defendants*. | Case No. 6:25-cv-01458-MTK <br><br> **JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

   Pursuant to the Court's August 29, 2025 Order, ECF No. 52, the Parties submit this joint status report. As directed by the Order, the Parties conferred as to the possibility of a voluntary stay of the policy at issue in this case. Defendants do not agree to a voluntary stay.

Dated: September 5, 2025

Respectfully submitted,

Page 1 – JOINT STATUS REPORT

**BRETT A. SHUMATE**
Assistant Attorney General
**SCOTT E. BRADFORD**
United States Attorney
**BRIAN C. LEA**
Deputy Associate Attorney General
**KIRK T. MANHARDT**
Director
**MARC S. SACKS**
Deputy Director
**TERRANCE A. MEBANE**
Assistant Director

By: /s/ I-Heng Hsu
MICHAEL S. TYE (D.C. Bar. No. 488101)
I-HENG HSU (NY Reg. No. 4904033)
Trial Attorneys
U.S. Department of Justice
Civil Division
Corporate/Financial Litigation Section
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202) 616-3619
michael.tye@usdoj.gov
i-heng.hsu@usdoj.gov

*Attorneys for Defendants*

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam
*Chief Counsel for Federal Initiatives*
Jessica Ranucci
*Special Counsel*
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
jessica.ranucci@ag.ny.gov

*Attorneys for the State of New York*

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Brian Simmonds Marshall*
Brian Simmonds Marshall #196129
Leanne Hartmann #T25070201, Mass. Bbo # 667852
*Senior Assistant Attorneys General*
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Brian.S.Marshall@doj.oregon.gov
Leanne.Hartmann@doj.oregon.gov

*Attorneys for the State of Oregon*

Page 2 – JOINT STATUS REPORT

| | |
|---|---|
| **KEITH ELLISON**<br>Attorney General for the State of Minnesota<br><br>By: */s/ Katherine Bies*<br>Katherine Bies<br>*Assistant Attorney General*<br>Minnesota Attorney General's Office<br>445 Minnesota Street, Suite 600<br>St. Paul, Minnesota, 55101<br>(651) 300-0917<br>Katherine.Bies@ag.state.mn.us<br><br>*Attorney for the State of Minnesota* | **PHILIP J. WEISER**<br>Attorney General for the State of Colorado<br><br>By: */s/ Carrie Noteboom*<br>Carrie Noteboom<br>*Assistant Deputy Attorney General*<br>Jessica L. Lowrey<br>*First Assistant Attorney General*<br>Phalen Kohlruss-Reuman<br>*Assistant Attorney General*<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO  80203<br>(720) 508-6000<br>carrie.noteboom@coag.gov<br>jessica.lowrey@coag.gov<br>phalen.kohlruss@coag.gov<br>FAX: (720) 508-6040<br><br>*Attorneys for the State of Colorado* |
| **WILLIAM TONG**<br>Attorney General of Connecticut<br><br>By: */s/ Jill Lacedonia*<br>Jill Lacedonia<br>*Assistant Attorney General*<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808-5250<br>Jill.Lacedonia@ct.gov<br><br>*Attorney for the State of Connecticut* | **ROB BONTA**<br>Attorney General for the State of California<br><br>By: */s/ Theodore McCombs*<br>Theodore McCombs<br>Marie Logan<br>*Deputy Attorneys General*<br>California Attorney General's Office<br>600 W. Broadway, Suite 1800<br>San Diego, CA 92101<br>(619) 738-9003<br>Theodore.McCombs@doj.ca.gov<br>Marie.Logan@doj.ca.gov<br><br>*Attorneys for the State of California* |
| **BRIAN L. SCHWALB**<br>Attorney General for the District of Columbia<br><br>By: */s/ Lauren M. Marks*<br>Lauren M. Marks*<br>*Special Assistant Attorney General* | **KATHLEEN JENNINGS**<br>Attorney General for the State of Delaware<br><br>By: */s/ Vanessa L. Kassab*<br>Ian R. Liston<br>*Director Of Impact Litigation*<br>Vanessa L. Kassab<br>*Deputy Attorney General* |

Page 3 – JOINT STATUS REPORT

Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 256-3713
Lauren.Marks@dc.gov

*Admitted only in Michigan; practice supervised by D.C. Bar Members*

*Attorney for the District of Columbia*

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Elena S. Meth*
Cara Hendrickson
*Executive Deputy Attorney General*
Elena S. Meth
*Assistant Attorney General*
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(773) 835-0182
Cara.Hendrickson@ilag.gov
Elena.Meth@ilag.gov

*Attorneys for the State of Illinois*

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Caleb Elwell*
Caleb E. Elwell
*Assistant Attorney General*
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8545
Caleb.elwell@maine.gov

*Attorney for the State of Maine*

Rose E. Gibson
*Assistant Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day
*Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

**OFFICE OF THE GOVERNOR ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky**

By: */s/ S. Travis Mayo*
S. Travis Mayo
*General Counsel*
Taylor Payne
*Chief Deputy General Counsel*
Laura C. Tipton
*Deputy General Counsel*
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov

Page 4 – JOINT STATUS REPORT

taylor.payne@ky.gov
laurac.tipton@ky.gov

*Attorneys for Office of The Governor* ex rel. *Andy Beshear*

| | |
|---|---|
| **AARON D. FORD**<br>Attorney General for the State of Nevada<br><br>By: */s/ Heidi Parry Stern*<br>Heidi Parry Stern (Bar. No. 8873)<br>*Solicitor General*<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>HStern@ag.nv.gov<br><br>*Attorney for the State of Nevada* | **ANTHONY G. BROWN**<br>Attorney General for the State of Maryland<br><br>By: */s/ Robert N. Brewer*<br>Robert N. Brewer<br>*Assistant Attorney General*<br>Maryland Office of the Attorney General<br>Federal Accountability Unit<br>200 Saint Paul Place<br>Baltimore, MD 21202<br>(410) 576-6924<br>rbrewer@oag.state.md.us<br><br>*Attorney for the State of Maryland* |
| **RAÚL TORREZ**<br>Attorney General for the State of New Mexico<br><br>By: */s/ Mark Noferi*<br>Mark Noferi<br>*Senior Litigation Counsel*<br>NM Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>(505) 490-4060<br>MNoferi@nmdoj.gov<br><br>*Attorney for the State of New Mexico* | **DANA NESSEL**<br>Attorney General of Michigan<br><br>By: */s/ Neil Giovanatti*<br>Neil Giovanatti<br>Polly Synk<br>*Assistant Attorneys General*<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>GiovanattiN@michigan.gov<br>SynkP@michigan.gov<br><br>*Attorneys for the State of Michigan* |
| **JOSH SHAPIRO in his official capacity as Governor of the Commonwealth of Pennsylvania**<br><br>By: */s/ Jacob B. Boyer*<br>Jennifer Selber<br>*General Counsel*<br>Jacob B. Boyer<br>*Deputy General Counsel* | **JEFF JACKSON**<br>Attorney General of North Carolina<br><br>By */s/ Daniel P. Mosteller*<br>Laura Howard<br>*Chief Deputy Attorney General*<br>Daniel P. Mosteller<br>*Associate Deputy Attorney General*<br>North Carolina Department of Justice |

Page 5 – JOINT STATUS REPORT

| | |
|---|---|
| Pennsylvania Office of the Governor<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA 17101<br>(717) 460-6786<br>jacobboyer@pa.gov<br><br>*Attorneys for Governor Josh Shapiro* | PO Box 629<br>Raleigh, NC 27602<br>919-716-6026<br>dmosteller@ncdoj.gov<br><br>*Attorneys for the State of North Carolina* |
| **JOSHUA L. KAUL**<br>Attorney General for the State of Wisconsin<br><br>By: */s/ Aaron J. Bibb*<br>Aaron J. Bibb, Wisconsin State Bar No. 1104662<br>*Assistant Attorney General*<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, WI 53707-7857<br>(608) 266-0810<br>aaron.bibb@wisdoj.gov<br><br>*Attorney for the State of Wisconsin* | **NICHOLAS W. BROWN**<br>Attorney General for the State of Washington<br><br>By: */s/ Kate S. Worthington*<br>Kate S. Worthington, WSBA No. 47556<br>*Assistant Attorney General*<br>7141 Cleanwater Drive SW<br>P.O. Box 40111<br>Olympia, WA 98504-0111<br>(306) 709-6470<br>kate.worthington@atg.wa.gov<br><br>*Attorney for the State of Washington* |

Page 6 – JOINT STATUS REPORT