LETITIA JAMES
Attorney General for the State of New York
Rabia Muqaddam
Chief Counsel for Federal Initiatives
Jessica Ranucci
Special Counsel
28 Liberty St.
New York, NY 10005
(929) 638-0447
Email:  rabia.muqaddam@ag.ny.gov
            jessica.ranucci@ag.ny.gov

*Attorneys for the State of New York*

[Additional counsel to appear on signature page]

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF NEW YORK; STATE OF COLORADO; STATE OF MINNESOTA; STATE OF OREGON; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR, *ex rel.* ANDY BESHEAR, in his official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania; STATE OF WASHINGTON; STATE OF WISCONSIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY; CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy,<br><br>*Defendants*. | Case No. 6:25-cv-01458-MTK<br><br>**PROPOSED ORDER** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT ON COUNT I**

This matter comes before the Court upon a Motion for Summary Judgment on Count I of the First Amended Complaint brought by Plaintiffs New York, Colorado, Minnesota, Oregon, California, Connecticut, Delaware, District of Columbia, Hawaiʻi, Illinois, Office of the Governor, ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky, Maine, Maryland, Massachusetts, Michigan, Nevada, New Mexico, North Carolina, Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania, Washington, and Wisconsin (together, "Plaintiff States"[1]) against Defendants United States Department of Energy and Chris Wright, in his official capacity as Secretary of the U.S. Department of Energy (together, "Defendants").

IT IS on this ____ day of _____, 2025, ORDERED, ADJUDGED, and DECREED as follows:

1. Plaintiffs' Motion for Summary Judgment on Count I of the First Amended Complaint is **GRANTED** in its entirety in favor of Plaintiffs and against Defendants.

2. The Court vacates and sets aside Policy Flash 2025-25 Adjusting Department of Energy Financial Assistance Policy for State and Local Governments' Financial Assistance Awards ("Policy Flash") in its entirety.

3. To fully remedy Plaintiff States' injuries and restore Plaintiff States' rights that were violated by the Policy Flash, the Court orders Defendants to set aside any rejections to Plaintiffs' award applications, whether formal or informal, issued pursuant to or in reliance on the Policy Flash.

---

[1] Plaintiff States include any Plaintiff State's instrumentalities and subdivisions.

Page 1 – PROPOSED ORDER

4. The Court permanently enjoins Defendants and their officers and agents from implementing the Policy Flash or a substantially similar policy that caps states and local government reimbursement of indirect and/or fringe costs in Plaintiff States. This injunction includes, but is not limited to, implementation of the Policy Flash through the Department of Energy Financial Assistance Letter 2025-05, ECF No. 56-2; the sample language for Notice of Funding Opportunity and language for Award Terms and Conditions contained therein; the Indirect Percentage Cap Fact Sheet, inclusive of its attachments, ECF No. 56-3; any other grant terms and conditions; and any communications requiring Plaintiff States to comply with the Policy Flash.

5. Pursuant to 28 U.S.C. § 2201(a) and 5 U.S.C. § 703, the Court declares that the Policy Flash is contrary to law.

6. Within five days of this Order, Defendants' attorneys shall provide written notice of this Order to all Defendants and their employees or contractors with responsibility for administering funding to states and local governments and shall file a copy of the notice on the docket.

7. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court dismisses Count II of Plaintiffs' Amended Complaint without prejudice.

8. The Clerk is directed to enter Judgment in favor of Plaintiffs on Count I, and the Court retains jurisdiction to enforce this Judgment.


**IT IS SO ORDERED**


_____
**Honorable Mustafa T. Kasubhai
United States District Judge**