|  |  |
|---|---|
| **From:** | Passaro, Jason |
| **To:** | DL-MA-60 HCA; DL-MA-60 Field Office Proc Directors - Non NNSA |
| **Cc:** | Davis, Janella; Hoffman, Laura; Mahalingappa, Jennifer; Mathews, Joseph |
| **Subject:** | NOTICE of Court Order Regarding Policy Flash PF 2025-25 |
| **Date:** | Friday, November 14, 2025 12:21:00 PM |
| **Attachments:** | image001.png |
| | ECF No. 84 - JUDGMENT.pdf |

Good afternoon, Heads of Contracting Activities,

This message is sent at the request of the DOE Office of the General Counsel and U.S. Department of Justice attorneys representing Federal Defendants in *New York, et al., v. DOE, et al.*, No. 6:25-cv-01458-MTK (D. Or.).

**You are hereby notified that a federal court order on November 10, 2025 declared contrary to law, vacated, and set aside DOE *Policy Flash PF 2025-25: Adjusting Department of Energy Financial Assistance Policy for State and Local Governments' Financial Assistance Awards*.** A copy of the judgment is attached.

==Please (1) forward this email notice, with attachment, to all DOE staff, including contractors, who administer financial assistance awards to state or local government entities, and (2) reply to this email to confirm you have done so and provide a list of the individuals to whom the notice was transmitted.==

Thanks,

Jason

Attachment:

ECF No. 84 – Judgment

Jason Passaro

**Director | Procurement and Assistance Policy | MA-61**

U.S. Department of Energy

1000 Independence Ave, Washington DC.

**Mobile:  240-364-4062**

