I-HENG HSU (N.Y. Reg. 4904033)
MICHAEL S. TYE (D.C. Bar. No. 488101)
Trial Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 875, Ben Franklin Station
Washington D.C. 20044-0875
Tel: (202) 616-3619
Email: I-Heng.Hsu@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, *et al.*,<br><br>　　　　Defendants. | Case No. 6:25-cv-01458-MTK<br><br>NOTICE OF APPEAL |

## NOTICE OF APPEAL

Pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, Defendants the United States Department of Energy and Chris Wright, in his official capacity as Secretary of Energy, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this case on November 10, 2025, Doc. No. 84, and the accompanying Opinion and Order dated November 10, 2025, Doc. No. 83.

Dated: January 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SCOTT E. BRADFORD
United States Attorney

KIRK T. MANHARDT
Director
Commercial Litigation Branch

MARC S. SACKS
Deputy Director

s/ *Michael S. Tye*
I-Heng Hsu (N.Y. Reg. 4904033)
Michael S. Tye (D.C. Bar No. 488101)
Trial Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 875, Ben Franklin Station
Washington D.C. 20044-0875
Tel: (202) 305-2419
Email: Michael.Tye@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 9, 2026						s/ *Michael S. Tye*  
							Michael S. Tye