UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF NEW YORK; et al., | No. 26-214 |
| Plaintiffs - Appellees, | D.C. No. 6:25-cv-01458-MTK<br>District of Oregon,<br>Eugene |
| v. | ORDER |
| UNITED STATES DEPARTMENT OF<br>ENERGY and CHRIS WRIGHT, in his<br>official capacity as Secretary of the U.S.<br>Department of Energy, | |
| Defendants - Appellants. | |

Pursuant to the parties' stipulation (Docket Entry No. 28), this appeal is

dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT